PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER, P.A.
3993 Howard Hughes Pkwy, #400
Las Vegas, NV 89169
Telephone: (702) 978-4249
Facsimile: (954) 433-4256
Phillip.Silvestri@gmlaw.com

MYRNA L. MAYSONET
(Admitted Pro Hac Vice)
CHERISH A BENEDICT
(Admitted Pro Hac Vice)
GREENSPOON MARDER, P.A.
201 East Pine St., Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
myrna.maysonet@gmlaw.com
cherish.benedict@gmlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN SHIPMAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NAV-LVH CASINO, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada Limited Liability Company,<br><br>　　　　　　Defendant. | CASE NO. 2:16-cv-02722-JCM-CWH<br><br>STIPULATION AND REQUEST TO EXTEND DISCOVERY AND OTHER DEADLINES<br><br>(Fourth Request) |

COME NOW, Plaintiff, named above, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., and Defendant, named above, by and through its attorneys of record, MYRNA L. MAYSONET, ESQ., CHERISH A BENEDICT, ESQ., and PHILLIP A. SILVESTRI, ESQ.,

pursuant to Local Rule 26-4, and herein stipulate, agree and make joint application to extend the discovery cut-off and related dates for a period of sixty three (63) days up to and including Monday, July 1, 2018. The present discovery cut-off date is April 30, 2018, and no calendar call date or trial date has been set.

This request is being made timely in accordance with LR 26-4 and the prior scheduling Order, which provides that requests for further discovery extensions must be made no later than twenty-one (21) days before the existing discovery cut-off date, or, here, by April 9, 2018. This is the fourth request for an extension.

To date both sides have completed written discovery. The parties are in the process of coordinating depositions however approximately three to four key witnesses (ie. managers making the key decisions challenged here) are no longer employed by Defendant and some have moved. Other witnesses sought by Plaintiff including co-workers have also left employment. While the parties have been diligently looking for them, it has been a difficult process as it requires the service of subpoenas once they are located. Unfortunately, these types of hospitality workers tend to move a lot making the effort to locate them even more cumbersome. Additionally, counsel for the parties are seeking to conserve judicial resources as they have other cases before this Court involving overlapping witnesses and thus the attorneys for both parties are coordinating the scheduling of the depositions in such cases to minimize the burden on the witnesses and travel for out-of-state counsel.

The parties and their attorneys have diligently worked to complete discovery as expediently as possible and will continue to try to complete the remaining discovery in as expedient a manner as possible.

Given the above, the parties request that the discovery period be extended as follows:

| Activity | Former Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 4/30/18 | 07/02/18 |
| Dispositive Motions | 05/29/18 | 07/31/18 |

| Pretrial Order | 06/26/18 | 08/28/18[1] |

In accordance with LR 26-4 the parties understand that any further requests for discovery extensions must be made no later than twenty-one (21) days before the new proposed discovery cut-off date of July 2, 2018 or no later than twenty-one (21) days before any other deadline sought to be extended.

DATED this 5th day of April, 2018.

| Law Offices of Michael P. Balaban | Greenspoon Marder |
|---|---|
| */s/ Michael P. Balaban* | */s/ Myrna L. Maysonet* |
| Michael P. Balaban, Esq.<br>Nevada Bar No. 9370<br>Law Offices of Michael P. Balaban<br>10726 Del Rudini Street<br>Las Vegas, NV 89141<br>Tel:　(702)586-2964<br>Fax:　(702)586-3023<br><br>Attorneys for Plaintiffs | MYRNA L. MAYSONET<br>Florida Bar No.: 0429650<br>CHERISH A BENEDICT<br>Florida Bar No. 99073<br>201 East Pine Street, Suite 500<br>Orlando, FL 32801<br>Telephone: (407) 425-6559<br>Facsimile: (407) 422-6583<br>myrna.maysonet@gmlaw.com<br>cherish.benedict@gmlaw.com<br>lorraine.kyser@gmlaw.com<br>Phillip A. Silvestri, Esq.<br>Nevada Bar No. 11276<br>GREENSPOON MARDER<br>3993 Howard Hughes Pkwy., Ste. 400<br>Las Vegas, Nevada 89169<br>Tel:　(702)978-4249<br>Fax:　(954)333-4256<br>phillip.silvestri@gmlaw.com<br><br>Attorneys for Defendant |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 9, 2018

---

[1] Or 30 days after the decision on the last dispositive motion.