PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
Phillip.Silvestri@gmlaw.com

MYRNA L. MAYSONET
(Admitted Pro Hac Vice)
GREENSPOON MARDER LLP
201 East Pine St., Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
myrna.maysonet@gmlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN SHIPMAN,<br><br>Plaintiff,<br>v.<br><br>NAV-LVH, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company,<br><br>Defendant. | Case No.: 2:16-cv-02722-JCM-CWH<br><br>**STIPULATION AND REQUEST TO EXTEND TIME TO REPLY TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request) |

COME NOW, Defendant, named above, by and through its attorneys of record, MYRNA L. MAYSONET, ESQ. and PHILLIP A. SILVESTRI, ESQ., and Plaintiff, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., pursuant to Local Rule IA 6-1, and herein stipulate, agree and make joint application to extend the date for Defendant to reply to Plaintiff's Memorandum of Points and Authorities in Response to Defendant's Motion for Summary Judgment, for a period of seven (7) days up to and including, Friday, October 12, 2018. The present date to reply is October 5, 2018.

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

This is the first stipulation for extension of time for Defendants to reply to Plaintiff's Memorandum of Points and Authorities in Response to Defendant's Motion for Summary Judgment. This stipulation is made and based upon the following factors:

Counsel for Defendant, NAV-LVH, LLC dba WESTGATE LAS VEGAS RESORT & CASINO is out of town the week of October 1, 2018 through October 6, 2018 for a trial. The additional time will allow counsel to prepare the reply to Plaintiff's Memorandum of Points and Authorities in Response to Defendant's Motion for Summary Judgment.

Based on the foregoing, the parties request that this Court order that the time for Defendant to file a reply to Plaintiff's Memorandum of Points and Authorities in Response to Defendant's Motion for Summary Judgment be extended seven (7) days, up to and including, October 12, 2018.

Dated this 2nd day of October, 2018.

| | |
|---|---|
| Dated: October 2, 2018 | Dated: October 1, 2018 |
| LAW OFFICES OF MICHAEL P. BALABAN | GREENSPOON MARDER LLP |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Tel: (702)586-2964<br>Fax: (702)586-3023<br>Attorney for Plaintiff | /s/ Phillip A. Silvestri<br>Myrna L. Maysonet, Esq.<br>Phillip A. Silvestri, Esq.<br>3993 Howard Hughes Parkway,<br>Suite 400<br>Las Vegas, NV 89169<br>Tel: (702) 978-4249<br>Fax: (954) 333-4256<br>phillip.silvestri@gmlaw.com<br>Attorneys for Defendant |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2018

36522242v1