UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MELVIN SHIPMAN, | | Case No. 2:16-CV-2722 JCM (VCF) |
| | Plaintiff(s), | ORDER |
| v. | | |
| NAV-LVH CASINO LLC, | | |
| | Defendant(s). | |

Presently before the court is the matter of *Shipman v. NAV-LVH Casino, LLC*, case no. 2:16-cv-02722-JCM-DJA

Parties filed a notice of settlement on May 29, 2020, requesting 30 days to submit settlement paperwork and file a stipulation to dismiss.  Thirty days have since passed and the parties have not filed their stipulation.  The court orders the parties to file their stipulation to dismiss this action on or before July 17, 2020.  If the parties cannot so stipulate, they shall file a status report in lieu of the stipulation.

Accordingly,

IT IS SO ORDERED.

DATED July 2, 2020.

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge