PHILLIP A. SILVESTRI
Nevada Bar No. 11276
GREENSPOON MARDER LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
Phillip.Silvestri@gmlaw.com

MYRNA L. MAYSONET
(Admitted Pro Hac Vice)
GREENSPOON MARDER LLP
201 East Pine St., Suite 500
Orlando, Florida 32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
myrna.maysonet@gmlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN SHIPMAN,<br><br>　　　　　Plaintiff,<br>v.<br><br>NAV-LVH, LLC dba WESTGATE LAS VEGAS RESORT & CASINO, a Nevada, Limited Liability Company,<br><br>　　　　　Defendant. | Case No.: 2:16-cv-02722-JCM-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW, Defendant, named above, by and through its attorneys of record, MYRNA L. MAYSONET, ESQ. and PHILLIP A. SILVESTRI, ESQ., and Plaintiff, by and through his counsel of record, MICHAEL P. BALABAN, ESQ., pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree:

　　　1.　　Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs shall be dismissed with prejudice

///

///

1

44384263.1

2. Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

DATED this 3rd day of July, 2020.

| Law Offices of Michael P. Balaban | Greenspoon Marder LLP |
|---|---|
| */s/ Michael P. Balaban* | */s/ Phillip A. Silvestri* |
| Michael P. Balaban, Esq.<br>Nevada Bar No. 9370 | Phillip A. Silvestri, Esq.<br>Nevada Bar No. 11276 |
| Attorneys for Plaintiff | Attorneys for Defendant |

DATED July 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Phone: (702) 978-4249/ Fax: (945) 333-4256

2

44384263.1